UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x
ALEXANDRA RAMOS and OMAR SANCHEZ,

                               Plaintiffs,

            - against -

KAREN GARDENS APARTMENT CORP., JOJO
BALAGOT, individually and as Chief Executive Officer
of Karen Gardens Apartment Corp.,

                            Defendants.
-------------------------------------------------------------------------x

**Case No.
20 Civ. 4694**

**CIVIL CASE
MANAGEMENT
PLAN**

**COGAN**, District Judge

      After consultation with counsel for the parties, the following Case Management

Plan is adopted. This plan is also a scheduling order pursuant to Federal Rules of Civil

Procedure 16 and 26(f).

**A.**  The case is not to be tried ~~to~~ by a jury.

**B.**  Non-Expert Discovery:

    1.  The parties are to conduct discovery in accordance with the Federal Rules of Civil

        Procedure and the Local Rules of the Eastern District of New York. All non-

        expert discovery is to be completed by April 1, 2021, which date shall not be

        adjourned except upon a showing of good cause and further order of the Court.

        Interim deadlines for specific discovery activities may be extended by the parties

        on consent without application to the Court, provided the parties are certain that

        they can meet the discovery completion date.

        The parties shall list the contemplated discovery activities and anticipated

        completion dates in Attachment A, annexed hereto.

2.  Joinder of additional parties must be accomplished by November 26, 2020.

3.  Amended pleadings may be filed without leave of the Court within 21 days after Defendants file papers responding to Plaintiffs' Complaint.

C.  For all causes of action seeking monetary damages, each party shall identify and quantify in Attachment B, annexed hereto, each component of damages alleged; or, if not known, specify and indicate by what date Attachment B shall be filed providing such information.

D.  Motions:

1.  Upon the conclusion of non-expert discovery, and no later than the date provided below, the parties may file dispositive motions. The parties shall agree to a schedule and promptly submit same for the Court's approval, providing for no more than three rounds of serving and filing papers: supporting affidavits and briefs, opposing affidavits and briefs, and reply affidavits and briefs.

2.   The last day for filing a letter, pursuant to Rule III.A.2 of the Court's Individual Practices, requesting a premotion conference in order to file dispositive motions shall be April 8, 2021.

a.  There shall be no cross-motions. Any motions not made by the agreed date shall, unless the Court orders otherwise, not be considered until after the timely-filed motion is determined.

b.  Papers served and filed by the parties shall conform to the requirements set out in the Court's Individual Practices.

**E.** Any request for relief from a date provided in this Case Management Plan shall

conform to the Court's Individual Practices and include an order, showing consents

and disagreements of all counsel, setting out all dates that are likely to be affected by

the granting of the relief requested, and proposed modified dates. Unless and until the

Court approves the proposed order, the dates provided in this Plan shall be binding.

**F.** Pre-Trial Motions:

Applications for adjournments and for discovery or procedural rulings will reflect or

contain the positions of all parties, as provided by the Court's Individual Rules, and

are not to modify or delay the conduct of discovery or the schedules provided in this

Case Management Plan except upon leave of the Court.


**SO ORDERED.**

**Dated: Brooklyn, New York**
　　　　**_____ __, 20__**


　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　**U.S.D.J.**

ATTACHMENT A

**The Parties are to list the discovery activities (i.e., production of documents, number of depositions, requests to admit, interrogatories) and anticipated completion dates:**

| Discovery Activities | Completion Date |
|---|---|
| 1.  FRCP 26(a) Disclosures | November 26, 2020 |
| 2.  FRCP 34 Requests | November 26, 2020 |
| 3.  FRCP 33 Requests | November 26, 2020 |
| 4.  FRCP 36 Requests | November 26, 2020 |
| 5.  FRCP 30 Depositions | February 10, 2021 |
| 6. | |
| 7. | |
| 8. | |
| 9. | |
| 10. | |

## ATTACHMENT B

**For all causes of action seeking monetary damages, each party shall identify and quantify each component of damages alleged:**

1. PLAINTIFF'S CLAIMS:

    A) Retaliation claims under the FLSA and NYLL:

        a. Sanchez's damages sought:

            i. $25,000 from Karen Gardens Apartments Corp.

            ii. $25,000 from Jojo Balagot

        b. Plaintiff Ramos' damages sought:

            i. $25,000 from Karen Gardens Apartments Corp.

            ii. $25,000 from Jojo Balagot

    B) Retaliation claims under the New York City Human Rights Law

        a. Sanchez's damages sought:

            i. $250,000 from Karen Gardens Apartments Corp.

            ii. $250,000 from Jojo Balagot

        b. Plaintiff Ramos' damages sought:

            i. $250,000 from Karen Gardens Apartments Corp.

            ii. $250,000 from Jojo Balagot

    C) Statutory attorneys' fees pursuant to Fair Labor Standards Act, 29 U.S.C. §§ 201, et seq., New York Labor Law §§ 190, et seq., 190 and 650, et seq., and N.Y City Admin. Code § 8-502.

        a. Damages Sought: $7,500.00

5

**2.** COUNTERCLAIMS AND CROSS-CLAIMS

Defendants have no Counterclaim under Law, but will seek costs and attorneys'

fees if they prevail.

**3.** THIRD-PARTY CLAIMS

At this juncture, neither party believes that any Third-Party actions will arise

herefrom.