# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| Alexandra Ramos and Omar Sanchez <br> *Plaintiff* <br> v. <br> Karen Gardens Apartment Corp. and Jose Balagot <br> *Defendant* | ) <br> ) <br> ) Civil Action No. 20-CV-4694 (JRC) <br> ) <br> ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: The jury rendered a verdict in favor of defendants on November 8, 2023.

This action was *(check one)*:

☑ tried by a jury with Judge James R. Cho presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____ .

Date: 11/8/2023

CLERK OF COURT

s/ Tasha Townsend
*Signature of Clerk or Deputy Clerk*