# THE LAW OFFICES OF
# FAUSTO E. ZAPATA, JR., P.C.

Broadway Chambers Building  
277 Broadway, Suite 501  
New York, New York 10007

Tel: 212-766-9870 / Fax: 212-766-9869  
Email: fz@fzapatalaw.com  
Web: www.LaborEmploymentLawFirm.com

November 15, 2023

James R. Cho  
U.S. Magistrate Judge  
U.S. District Court  
Eastern District of New York  
225 Cadman Plaza East  
Brooklyn, New York 11201

       Re:  Omar Sanchez, et al. v. Karen Gardens Apartment Corp., et al., EDNY Case No. 20 Civ. 4694

Dear Judge Cho,

  This office represents the Plaintiffs in the above referenced matter.

  We write to inform the Court that we do not plan to make any motions at this time.

       Very truly yours,

       *s/Fausto E. Zapata, Jr.*  
       Fausto E. Zapata, Jr.

C:  File